COM.

v.

**ALLEN, K.**

**2589 EDA 2016**

Superior Court of Pennsylvania.

06/19/2017

CP–23–CR–0007335–2015

(Delaware)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**MARTINEZ, E.**

**1320 MDA 2016**

Superior Court of Pennsylvania.

06/19/2017

CP–06–CR–0006117–2015

(Berks)

Affirmed—Application to Withdraw as Counsel Granted

**EVERETT, A.**

v.

**MILANESE, M., et al.**

**2670 EDA 2016**

Superior Court of Pennsylvania.

06/19/2017

No. 2013–09683 (Chester)

Affirmed

**J.E.H.**

v.

**D.A.H.**

**1771 MDA 2016**

Superior Court of Pennsylvania.

06/19/2017

2016–3434 (Centre)

Affirmed

